

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00754-CR

John Adrian **BARRERRA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 452nd Judicial District Court, Kimble County, Texas
Trial Court No. 2014-DCR-0463
Honorable Robert Hofmann, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED April 29, 2015.

_____
Karen Angelini, Justice